In the Matter of the Appraisal of the Estate of MARY N. PETTIT, Deceased, under the Transfer Tax Act.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; DOROTHEA M. PETTIT et al., Respondents.

*Matter of Pettit*, 65 App. Div. 30, affirmed.
(Argued May 6, 1902; decided May 20, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made November 8, 1901, which reversed an order of the New York County Surrogate's Court imposing a transfer tax upon the estate of Mary N. Pettit, deceased.

*Emmet R. Olcott* for appellant.

*Lucius H. Beers* and *Jordan J. Rollins* for respondents.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.